THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT 
 BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
IN THE INTEREST OF:  Michael G., A MINOR UNDER 
 THE AGE OF SEVENTEEN,        Appellant.
 
 
 

Appeal From Florence County
A.E. Morehead, III, Family Court Judge

Unpublished Opinion No. 2004-UP-383
Submitted April 21, 2004  Filed June 
 18, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Edgar L. Clements, III, of Florence, for Respondent.
 
 
 

 PER CURIAM:  Michael pled guilty 
 to one count of armed robbery and two counts of accessory after the fact of 
 armed robbery.  Subsequently, the family court committed him to the Department 
 of Juvenile Justice for an indeterminate period of time.  Pursuant to Anders 
 v. California, 386 U.S. 738 (1967), Michaels counsel attached a petition 
 to be relieved.  Michael did not file a pro se response.
After review of the record pursuant to Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss Michaels appeal and grant counsels 
 petition to be relieved.
 APPEAL DISMISSED. 
 [1] 
GOOLSBY, HOWARD, and BEATTY, JJ., concurring.

 
 
 [1] Because oral argument would not aid the Court in resolving any issue 
 on appeal, we decide this case without oral argument pursuant to Rule 215 
 and 220(b)(2), SCACR.